WILLIAM E. KRANZ, as Administrator of the Estate of HENRY KRANZ, Deceased, Appellant, *v.* SOLLIE LEWIS, Respondent.

*Kranz* v. *Lewis,* 115 App. Div. 106, appeal dismissed.
(Submitted April 1, 1907; decided April 9,.1907.)

MOTION to dismiss an appeal from a final judgment entered December 22, 1906, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which reversed an interlocutory judgment of Special Term overruling a demurrer to the complaint and sustained such demurrer.

The motion was made upon the ground that the judgment and order were not appealable.

*Sol Rothschild* and *J. Charles Weschler* for motion.

*Jacob Neu* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.